IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:05CR41 |
| ) | |
| LELAND PARKER, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 38, now set for September 24, 2007, at 3:30 p.m. until a date and time convenient to this Court in late October or early November, 2007. The Court, being fully advised in the premises, and noting that the Probation Office and the U.S. Attorney's Office have no objection to this motion, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's revocation hearing scheduled in this case shall be continued until the 26th day of November, 2007, at 11:30 a. m. The defendant is ordered to appear at said date and time.

Dated this 18th day of September, 2007.

BY THE COURT:

s/ Laurie Smith Camp
The Honorable Laurie Smith-Camp
United States District Judge